IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 11 C 3880 |
| K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, and LOUIS J. KOHLEY, an individual, | ) ) ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendants. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, on July 22, 2011, request this Court enter judgment against Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On July 22, 2011, this Court entered default against Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, and set the matter for a prove-up hearing on August 26, 2011 at 9:30 a.m..

2. In November 2010, Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, entered into a Promissory Note in the amount of $46,887.74 for the repayment of contributions and liquidated damages due for the time period January 2010 through July 2010. After application of three payments totaling $11,721.95, Defendant owes $35,165.79 pursuant to the Promissory Note. (See Affidavit of Scott P. Wille).

3. Defendant, K.C.W. ENVIRONMENTAL CONDITIONING, INC., an Illinois corporation, submitted its monthly fringe benefit contribution reports due for the time period February 2011 through May 2011, but failed to submit the contributions due thereon in the total amount of $62,687.17. (Wille Aff. Par. 4(b)).

4. Additionally, the amount of $6,268.72 is due for liquidated damages. (Wille Aff. Par. 5).

5. In addition, Plaintiffs' firm has expended the amount of $1,491.00 in attorneys' fees and $435.00 in costs, for a total of $1,926.00, in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $106,047.68.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $106,047.68.

/s/ Catherine M. Chapman

Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\KCW\#18176\2nd 2011\motion.cmc.df.wpd

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>19th</u> day of <u>August 2011</u>:

        Mr. Louis J. Kohley, Registered Agent/President
        K.C.W. Environmental Conditioning, Inc.
        849 N. Main
        Glen Ellyn, IL 60137


        /s/ Catherine M. Chapman


Catherine M. Chapman
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6204026
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cchapman@baumsigman.com

I:\265J\KCW\#18176\2nd 2011\motion.cmc.df.wpd